by Laura J. Sechler, individually, etc., against Emma Nudd and others. W. J. McAllister, for appellants. J. W. Osborne, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SERVOSS, Respondent, v. CITY OF AMSTERDAM, Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Earl V. Servoss against the City of Amsterdam. No opinion. Judgment (64 Misc. Rep. 667, 120 N. Y. Supp. 280) affirmed, with costs.

SHEPPARD, Appellant v. DREYFUS, Respondent. (Supreme Court, Appellate Division, First Department. October, 1909.) Action by Erle R. Sheppard against Ralph Dreyfus.

PER CURIAM. Order modified as stated in memorandum, and, as modified, affirmed, without costs. Settle order on notice.

SKLAR, Appellant, v. HOROWITZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Harris Sklar against Harris Horowitz and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements, without prejudice to a new application to said court for leave to sue upon the bond and guaranty, upon notice to the parties interested.

SMITH, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, First Department. February 18. 1910.) Action by Samuel R. Smith against Frank E. Anderson. J. P. Sheffield, for appellant. E. D. Hawkins, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 118 App. Div. 911, 103 N. Y. Supp. 1142; 119 App. Div. 886, 104 N. Y. Supp. 1147; 124 App. Div. 938, 109 N. Y. Supp. 1146; 126 App. Div. 24, 110 N. Y. Supp. 191.

SMITH v. ARNHEITER et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Philip S. Smith against Emma Arnheiter and others. No opinion. Interlocutory judgment, in so far as appealed from, affirmed, with costs.

SMITH, Respondent, v. ULSTER & D. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Jennie E. Smith against the Ulster & Delaware Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the amount of her verdict to the sum of $2,000, and, if such stipulation is filed, judgment and order affirmed, without costs.

KELLOGG, J., votes for reversal.

SOUTH BROOKLYN SAVINGS INST. v. PACHMAN et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the South Brooklyn Savings Institution against Henry Pachman and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

SPEAIGHT, Respondent, v. GEERING, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by George W. Speaight against Alfred Geering. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re SPENSER. (Supreme Court, Appellate Division, First Department. February 11, 1910.) In the matter of Armand Spenser, an attorney. No opinion. Reference ordered. Settle order on notice.

SPIEGLER et al., Appellants, v. YOUNG, Respondent. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Nathan Spiegler and George Biales, copartners, etc., against William M. Young. No opinion. Order of the Municipal Court affirmed, with costs.

STANDARD FASHION CO., Appellant, v. BUSSENDORFFER, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by the Standard Fashion Company against Nicholas Bussendorffer. J. B. Sheehan, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STEARNS, Respondent, v. KENT, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by John N. Stearns against George Edward Kent. No opinion. Judgment and order unanimously affirmed, with costs.

STEIN, Respondent, v. BROOKLYN ASH CAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Samuel Stein against the Brooklyn Ash Can Manufacturing Company.

PER CURIAM. Judgment of the Municipal Court reversed, and the complaint dismissed, with costs, upon the ground that the evidence conclusively establishes that the contract was with Solomon Redlich personally, and not with the defendant. See Spencer v. Huntington, 100 App. Div. 463, 91 N. Y. Supp. 561, affirmed on opinion below 183 N. Y. 506, 76 N. E. 1109.

STEIN, Respondent, v. GRAND ICE CREAM CO., Appellant. (Supreme Court, Appellate Division, First Department. February 18, 1910.) Action by Benjamin Stein, as administrator, against the Grand Ice Cream Company. E. C. Sherwood, for appellant. J. C.